IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: <br> KBR, INC., BURN PIT LITIGATION | * Master Case No.: RWT 09md2083 <br> * This Document Relates To: <br> * All Member Cases |

## ORDER

Upon consideration of Defendants' Motion To Stay Discovery Pending Resolution of Motion To Dismiss or, in the Alternative, for Limited Jurisdictional Discovery and Entry of a Lone Pine Order [Paper No. 22], Plaintiffs' Corrected Motion To Appoint Counsel [Paper No. 24], Plaintiffs' Motion for the Entry of An Assessment Order [Paper No. 25], Plaintiffs' Consent Motion for Extension of Time To File Response To Motions To Dismiss by ERKA, Ltd. [Paper No. 38], any opposition thereto, and for the reasons stated on the record, it is on this 23rd day of February, 2010, by the United States District Court for the District of Maryland,

**ORDERED**, that Defendants' Motion To Stay Discovery Pending Resolution of Motion To Dismiss or, in the Alternative, for Limited Jurisdictional Discovery and Entry of a Lone Pine Order [Paper No. 22] is **GRANTED IN PART** and **DENIED IN PART**; and it is further

**ORDERED** that discovery is stayed pending resolution of Defendants' Motion To Dismiss [Paper No. 22], and it is further

**ORDERED**, that Plaintiffs' Motion for the Entry of An Assessment Order [Paper No. 25] is **DENIED WITHOUT PREJUDICE**; and it is further

**ORDERED**, that Plaintiffs' Consent Motion for Extension of Time To File Response To Motions To Dismiss by ERKA, Ltd. [Paper No. 38] is **GRANTED**; and it is further

**ORDERED**, that Plaintiffs shall file a Consolidated Amended Complaint on or before **March 9, 2010**, and the pending motions to dismiss shall be deemed applicable to the Consolidated Amended Complaint; and it is further

**ORDERED**, that a Joint Position Paper setting forth the key facts and critical legal issues shall be submitted to chambers, but not filed, on or before **March 26, 2010**; and it is further

**ORDERED**, that Plaintiffs shall file a consolidated opposition to Defendants' Motion To Dismiss [Paper No. 21] and to Defendant ERKA's Motion To Dismiss [Paper No. 32] on or before **April 9, 2010**; and it is further

**ORDERED**, that Defendants shall file replies in support of their respective motions to dismiss on or before **April 30, 2010**; and it is further

**ORDERED**, that a hearing on Defendants' Motion To Dismiss [Paper No. 21] and Defendant ERKA's Motion To Dismiss [Paper No. 32] is scheduled for **May 25, 2010, at 9:00 a.m.** for a total duration of 3 hours, and it is further

**ORDERED**, that Plaintiffs' Corrected Motion To Appoint Counsel [Paper No. 24] is **GRANTED**, and the parties shall confer and submit proposed language for an order regarding the designation of liaison and lead counsel.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE